IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

MECHEL BLUESTONE, INC., and
MECHEL MINING OAO,

        Plaintiffs,

v.                      CIVIL ACTION NO.   5:13-cv-33881

WEIR INTERNATIONAL, INC.,

        Defendant.

## JUDGMENT ORDER

In accordance with the Memorandum Opinion and Order (Document 35) granting the Defendants' motion to dismiss this matter for lack of ripeness pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, the Court **ORDERS** that judgment be entered in favor of the Defendants, and that this case be dismissed without prejudice and stricken from the docket.

The Court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and to any unrepresented party.

ENTER:   August 4, 2014

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA